```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ARMANDO VASQUEZ PEREZ,<br>JAIME FLORES,<br>NARCISCO MARTINEZ, and<br>GUADALUPE GUTIERREZ,<br><br>            Defendants.<br>_____ | Case No. CR-S-08-0292 LKK<br><br>ORDER FOLLOWING<br>HEARING REGARDING STATUS OF<br>COUNSEL FOR DEFENDANT NARCISCO<br>MARTINEZ |

This matter came on for a hearing regarding the status of counsel for defendant Narcisco MARTINEZ on August 12, 2008, at 9:30 a.m. Assistant United States Attorney Steve Lapham appeared (for Assistant U.S. Attorney Jason Hitt) on behalf of the United States of America and Assistant Federal Defender Linda Harter, Esq., appeared on behalf of defendant Narcisco MARTINEZ. The defendant was present in custody.

Based upon the Court's granting of the defendant's motion for new counsel on August 5, 2008, the Court relieved the Federal Defender's Office from further representation of defendant Narcisco MARTINEZ and appointed J. Toney, Esq. to represent the defendant.

1  The Court further ordered defendant Narcisco MARTINEZ to join the
2  remaining defendants at the status Conference set for September 9,
3  2008, at 09:30 a.m.  The Court further order that the time from
4  August 12, 2008, to September 9, 2008, be excluded under the Speedy
5  Trial Act as to defendant Narcisco MARTINEZ based upon the need for
6  the newly-appointed defense counsel to review the discovery in this
7  matter and in the interests of justice under 18 U.S.C.
8  § 3161(h)(8)(B)(iv) and Local Code T4.
9         Therefore, IT IS HEREBY ORDERED that:
10        (1)  The Office of the Federal Defender is relieved from
11  representation of defendant Narcisco MARTINEZ;
12        (2)  J. Toney, Esq. is appointed to represent defendant Narcisco
13  MARTINEZ;
14        (3)  Defendant Narcisco MARTINEZ is joined with his co-
15  defendants for a further status conference in this case on September
16  9, 2008, at 9:30 a.m.; and
17        (4)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
18  T4, the time period from August 12, 2008, up to and including
19  September 9, 2008, as to defendant Narcisco MARTINEZ is excluded from
20  the time computation required by the Speedy Trial Act based upon the
21  need for the new defense attorney to review and become familiar with
22  the discovery in this case and prepare the defense of the defendant.
23
24  DATED:    August 28, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT