J. Toney  
Attorney at Law  
State Bar No. 43143  

P.O. Box 1515  
Woodland, California 95776  
(530) 666-1908  
yoloconflict@aol.com  

Attorney for Narcisco Martinez  

IN THE UNITED STATES DISTRICT COURT  

FOR THE EASTERN DISTRICT OF CALIFORNIA  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 08-292 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING |
| ) | (October 19, 2010) |
| NARCISCO MARTINEZ ) | |
| ) | |
| Defendant, ) | |
| _____) | |

This case is now set for sentencing on August 10, 2010.  The Probation Officer reports that he cannot have the pre-sentence report done in time for this date.  The parties therefore stipulate sentencing be reset for October 19, 2010 and request the Court so order.

Dated August 6, 2010

    /S/JASON HITT                    /S/ J TONEY       
       Jason Hitt                       J. Toney  
   Assistant U.S. Attorney       Attorney for Defendant  


SO ORDERED:

DATED: August 13, 2010

_____  
LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT