1   J. Toney
    Attorney at Law
2   State Bar No. 43143

3   P.O. Box 1515
    Woodland, California 95776
4   (530) 666-1908
    yoloconflict@aol.com
5
    Attorney for Narcisco Martinez
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,              )
                                           )Cr. No. 08-292 LKK
10          Plaintiff,                     )
                                           )STIPULATION AND ORDER
11     v.                                  )CONTINUING SENTENCING
                                           )(November 23, 2010)
12  NARCISCO MARTINEZ                      )
                                           )
13                                         )
            Defendant,                     )
14  _____)

15
     This case is now set for sentencing on October 19, 2010.  The
16
    Probation Officer reports that he cannot have the pre-sentence
17
    report done in time for this date.  The parties therefore
18
    stipulate sentencing be reset for November 23, 2010 and request the
19
    Court so order.
20
         The new schedule for the pre-sentence report would be as
21
    follows:
22
    Proposed pre-sentence report due to counsel: October 19, 2010;
23
    Objections to Probation Officer: November 2, 2010;
24
    Report filed with Court: November 9, 2010;
25
    Motion for Correction filed by: November 16, 2010
26
    Sentencing: November 23, 2010 at 9:15AM.
27

28                                 1

1    Dated October 2, 2010

2

3    ___/S/JASON HITT_____          ___/S/ J TONEY_____
             Jason Hitt                        J. Toney
4        Assistant U.S. Attorney         Attorney for Defendant

5

6

7

8    SO ORDERED:

9    Dated October 7, 2010

10                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
11                                       UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2