J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Narcisco Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 08-292 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING (December 14, 2010) |
| NARCISCO MARTINEZ | |
| Defendant, | |

This case is now set for sentencing on No. 23, 2010.  The U.S. Attorney is not available and needs to file a request with the Court regarding this case.  The parties therefore stipulate sentencing be reset for December 14, 2010 and request the Court so order.

Dated Nov. 22, 2010

   /S/JASON HITT                              /S/ J TONEY
     Jason Hitt                                J. Toney
  Assistant U.S. Attorney              Attorney for Defendant


SO ORDERED:

Dated: November 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT